THE STATE OF OHIO, APPELLANT, *v.* LYONS, APPELLEE.

[Cite as *State v. Lyons* (1998), 84 Ohio St.3d 45.]

(No. 98–1396—Submitted October 13, 1998—Decided December 2, 1998.)

*Kevin J. Baxter,* Erie County Prosecuting Attorney, and *Mary Ann Barylski,* Assistant Prosecuting Attorney, for appellant.

---

The judgment of the court of appeals is reversed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

The trial court's finding that Scott Lyons is a sexually oriented offender is reinstated.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.